UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| BILLINGS CLINIC,<br><br>                Plaintiff,<br><br>vs.<br><br>AMERICAN GUARANTEE AND LIABILITY INSURANCE COMPANY,<br><br>                Defendant. | Case No. CV-21-32 -BLG-SPW<br><br>JUDGMENT IN A CIVIL CASE |

      **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

  **X**  **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record.  A decision has been rendered.

      IT IS ORDERED AND ADJUDGED Judgment is entered in favor of Defendant and against Plaintiff as stated in the Court's Order E.C.F. 30 filed 3/14/2022.

     Dated this 6th day of February, 2023.

                                  TYLER P. GILMAN, CLERK

                                  By: /s/ E.Hamnes
                                  E.Hamnes , Deputy Clerk